UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:21-cr-146

vs.

SAMUEL MOORE,                     District Judge Michael J. Newman
                                                       Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 26)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 26.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Superseding Indictment, which charges him with possession with intent to distribute 500 or more grams of cocaine, a Schedule II, substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  Doc. No. 25.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

Date:   March 14, 2022                                 s/ Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                      United States District Judge